# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| HECTOR VARGAS TORRES, | : | |
| Plaintiff, | : | |
| v. | : | No. 4:16-CV-44 |
| LIEUTENANT LEEDOM, ET AL., | : | (Judge Brann) |
| Defendants. | : | |

## ORDER

**AND NOW**, this 23rd day of February 2018, in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED** that Plaintiff's second motion (Doc. 73) seeking entry of summary judgment is **DENIED**.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge